# Exhibit 2

(filed separately under seal)